[No. 9877–6–II.   Division Two.   January 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT LEROY CLARK, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00071–0, Milton R. Cox, J., entered April 24, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 10626–4–II.   Division Two.   January 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. GARY THOMAS COLE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 118066R80, Arthur W. Verharen, J., entered November 21, 1986. *Affirmed as modified* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Alexander, J.

[No. 10419–9–II.   Division Two.   January 14, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DON JAY GONSALVES, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–00780–8, Willam L. Brown, Jr., J., entered August 1, 1986. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Reed, C.J., and Worswick, J.